[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 13, 2008
THOMAS K. KAHN
CLERK

_____

No. 06-13165

_____

D. C. Docket No. 05-20315-CR-AJ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DEAN DRUMMOND,
a.k.a. Rayon Antonio Smith,
a.k.a. Blacks,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(May 13, 2008)**

Before WILSON, COX and BOWMAN,* Circuit Judges.

_____

* Honorable Pasco M. Bowman II, United States Circuit Judge for the Eighth Circuit, sitting by designation.

PER CURIAM:

Dean Drummond appeals his convictions for (1) conspiracy to import 5 kilograms or more of a mixture containing cocaine and 100 kilograms or more of a mixture containing marijuana, in violation of 21 U.S.C. § 963; (2) conspiracy to possess with intent to distribute cocaine and marijuana, in violation of 21 U.S.C. § 846; and (3) possession with intent to distribute marijuana, in violation of 21 U.S.C. § 841(a)(1). He argues that the district court erred by (1) admitting translated transcripts of conversations that did not contain a verbatim text of the conversations; (2) permitting a case agent to testify about coded words in the conspirators' recorded conversations; (3) finding that recordings of phone conversations obtained by wiretaps should not be suppressed; (4) denying his amended motion to suppress the wiretap evidence without conducting an evidentiary hearing; and (5) not granting a new trial despite a sleeping juror.

After a careful consideration of the briefs, review of the record on appeal, and having heard oral argument in the matter, we conclude that Drummond's arguments have no merit. Accordingly, we affirm the convictions.

**AFFIRMED.**